**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6782**

_____

DONALD PARKER,

　　　　Plaintiff - Appellant,

　　　v.

PORTSMOUTH CITY POLICE DEPARTMENT; RENADO PRINCE; STEPHEN JENKINS,

　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:23-cv-00600-JAG-MRC)

_____

Submitted:  October 22, 2024　　　　　　　　　　Decided:  October 25, 2024

_____

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Donald Parker, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Parker appeals the district court's order denying his Fed. R. Civ. P. 59(e) motion to alter or amend the court's prior order dismissing his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Parker v. Portsmouth City Police Dep't*, No. 3:23-cv-00600-JAG-MRC (E.D. Va. July 24, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*